RECEIVED

2004 NOV 17 P 10: 59

FINANCIAL
DISCLOSURE OFFICE

November 12, 2004

Judge Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Calendar Year 2003 Filing

Dear Judge Lisi:

Please forgive this tardy response to your letter of September 17, 2004 inquiring about my 2003 Financial Disclosure Report.

In Part I, line 1, I listed myself as the executrix of ████████ estate. I believe that this listing was premature because, although ████████ died in October of 2003, I was not qualified as the executrix of his estate until June of 2004. Please accept this letter as an amendment to my report, deleting the reference to myself as executrix of ████████ estate.

In Part III B, I omitted the name of ████████████. The ███████████████ ██████████. This was true in 2002 also, so please consider this letter as an amendment to my 2002 report.

In Part VII, page 10, line 8 I listed "Mineral Royalty Interest." On line 9 I listed Exxon Mobil. On the next page under Additional Information or Explanations under "VII(9)" I explained "1/4 interest in a mineral royalty inherited in August 1999, paid through decedent's law firm." Unfortunately this explanation should have been labeled "VII(8)" because it refers to the mineral royalty interest and not to Exxon Mobil. The Exxon Mobil reference is to stock ownership. The mineral royalty interest was inherited by ████████████████████████ and it is paid directly to them from their deceased ███████ law firm. Upon inquiry I have learned that the interest is both a working and royalty interest on properties located in Webb County, Texas. The enterprise is Houston Exploration Co. in Houston, Texas.

I hope these answers satisfy the deficiencies in my report. If not, please do not hesitate to telephone.

Very truly yours,

Original Signed
Melinda Harmon

Melinda Harmon
United States District Judge

# MELINDA HARMON
### UNITED STATES DISTRICT JUDGE
### SOUTHERN DISTRICT OF TEXAS
### UNITED STATES COURTHOUSE
### 515 RUSK AVENUE
### HOUSTON, TEXAS 77002

August 26, 2004

(713) 250-5194

**SELF INITIATED
AMENDMENT**

Ms. Dorothy J. Abell
Financial Reports Examiner
Article III Judges Division
Via facsimile transmittal: 292-502-1899

Re:     Financial Disclosure Report
        2003 Calendar Year

Dear Dottie,

As you instructed, I am attaching a new page to be inserted into Judge Harmon's Financial Disclosure Report for 2003. Under Section VII, Page 2, the date of the exchange of the Phillip Morris stock should be 1/27/03 and not 1/27/04. I also acknowledge that you have advised that future reports should list only the month and day.

Thank you again for your consideration and assistance.

Very truly yours,

Sherry Taylor, Secretary to
Melinda Harmon
United States District Judge

Enclosure

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MELINDA HARMON | Date of Report<br>August 3, 2004 |
|---|---|---|

## VII. Page 2   INVESTMENTS and TRUSTS -- income, value, transactions
(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

**SELF INITIATED AMENDMENT**

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| ¹ Trust #1 (continued) | | | | | | | | | |
| Common Stock, Account 1 (continued) | | | | | | | | | |
| International Business Machines Corp. | | | | | | | | | |
| J P Morgan Chase & Co | | | | | | | | | |
| Johnson & Johnson | | | | | | | | | |
| Marsh & McClennan Cos., Inc. | | | | | | | | | |
| McGraw Hill Cos. Inc. | | | | | | | | | |
| Medco Health Solutions, Inc. | | | | | Spin-Off | 8/19/03 | J | | |
| Merck & Co., Inc. | | | | | | | | | |
| Merrill Lynch & Co., Inc. | | | | | | | | | |
| Microsoft Corporation | | | | | | | | | |
| Pepsico Incorporated | | | | | | | | | |
| Pfizer Incorporated | | | | | | | | | |
| *Phillip Morris | | | | | Exchange | 1/27/03 | | | |
| Procter & Gamble Co. | | | | | | | | | |
| Rockwell Collins, Inc. | | | | | | | | | |
| Rockwell Automation, Inc. | | | | | | | | | |

1. Income/Gain Codes (See Col. B1, D4): A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,000-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes (See Col. C1, D3): J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,000-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book Value   V=Other   W=Estimated

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Harmon, Melinda | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>8/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>515 Rusk, Suite 9114<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executrix | Estate ▮▮▮▮▮ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 AUG -5 A 11:2 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom
☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | ████████ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)
☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Liberty Fund | Judicial Seminar, Phoenix, Ar. (meals and room)   January 8-12, 2003 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life | Secured Note | J |
| 2. | Bank One | Credit Card | J |
| 3. | MBNA | Credit Card | K |
| 4. | Fleet | Credit Card | J |
| 5. | Capital One | Credit Card | K |
| 6. | Bank One | Credit Card | J |

## VII. Page 5 INVESTMENTS and TRUSTS – income, value, transactions
(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period |  | C.<br>Gross Value at end of reporting period |  | D.<br>Transactions during reporting period |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell<br>merger,<br>redemption) | If not exempt from disclosure |  |  |  |
|  |  |  |  |  |  | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions.) |  |  |  |  |  |  |  |  |  |
| ¹ **Trust #1** (continued) |  |  |  |  |  |  |  |  |  |
| Common Stock, Account 2 (continued) |  |  |  |  |  |  |  |  |  |
| HSBC Holdings |  |  |  |  |  |  |  |  |  |
| ING Group NV |  |  |  |  |  |  | . |  |  |
| Koninklijke Philips Electrs NV **New** |  |  |  |  |  |  |  |  |  |
| Kookmin Bank |  |  |  |  | Buy | 4/11/03 | J |  |  |
| KT Corp |  |  |  |  | Sell | 11/04/03 | J |  |  |
| Korea Electric Pwr Co |  |  |  |  | Sell | 12/05/03 | J | A |  |
| Misc South Korea Index FD |  |  |  |  | Buy | 12/18/03 | J |  |  |
| Mitsubishi Corp. |  |  |  |  |  |  |  |  |  |
| Mitsubishi Tokyo Finl |  |  |  |  | Buy | 10/23/03 | J |  |  |
|  |  |  |  |  | Buy | 12/03/03 | J |  |  |
|  |  |  |  |  | Buy | 12/18/03 | J |  |  |
| Morgan Stanley India INVT FD |  |  |  |  |  |  |  |  |  |
| Nestle SA |  |  |  |  |  |  |  |  |  |
| News Corp LTD ADR **New** |  |  |  |  | Sell | 12/18/03 | J |  |  |
| Nokia Corp |  |  |  |  | Buy | 12/04/03 | J |  |  |
| Novartis AG |  |  |  |  |  |  |  |  |  |

1. Income/Gain Codes:    A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col.B1, D4)    F=$50,000-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,000-$500,000    O=$500,001-$1,000,000    P1=$1,000,000-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3. Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
U=Book Value    V=Other    W=Estimated

## VII. Page 6   INVESTMENTS and TRUSTS -- income, value, transactions
(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| **¹ Trust #1** (continued) | | | | | | | | | |
| **Common Stock**, Account 2 (continued) | | | | | | | | | |
| NTT Docomo, Inc. | | | | | Sell | 12/18/03 | J | | |
| PT Telekomunikasi | | | | | Sell | 6/12/03 | J | B | |
| Pan American Beverages | | | | | Sell (cash merger) | 5/08/03 | J | C | |
| Petroleo Brasileiro SA Petrobras Sponsored ADR | | | | | | | | | |
| Petroleo Brasileiro SA Spons ADR REP 1 Ord SHS | | | | | | | | | |
| Posco | | | | | Buy | 12/12/03 | J | | |
| Roche Holding Ltd. | | | | | | | | | |
| Royal Dutch Petroleum | | | | | | | | | |
| SAP Aktiengesellschaf | | | | | | | | | |
| Shiseido Ltd | | | | | | | | | |
| Glaxosmithkline PLC | | | | | | | | | |
| Sony Corp ADR    New 7/74 | | | | | Sell | 12/18/03 | J | | |
| Syngenta AG ADR | | | | | | | | | |
| Taiwan Semiconductor Mfg Co Ltd | | | | | Buy | 9/03/03 | J | | |
| TDK Corp | | | | | | | | | |

| 1 Income/Gain Codes: (See Col.B1, D4) | A=$1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,000-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,000-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7   INVESTMENTS and TRUSTS -- income, value, transactions
(Includes those of spouse and dependent children.  See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period<br>(1)<br>Amt. Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent or int.) | C.<br>Gross Value at end of reporting period<br>(1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure<br>(2)<br>Date Month Day | (3)<br>Value Code2<br>(J-P) | (4)<br>Gain Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| ¹ Trust #1 (continued) | | | | | | | | | |
| Common Stock, Account 2 (continued) | | | | | | | | | |
| Telecom Italia SPA | | | | | Buy | 12/18/03 | J | | |
| Telefonos de Mexico | | | | | | | | | |
| Thompson | | | | | | | | | |
| Total Fina Elf SA | | | | | | | | | |
| Unibanco Uniao de Bancos, Brasilieros SA Globa | | | | | | | | | |
| UBS AG Reg | | | | | Buy | 12/18/03 | J | | |
| Unilever NV | | | | - | Sell | 12/18/03 | J | C | |
| Vondefone Group PLC | | | | | Sell | 12/18/03 | J | | |
| WMC Resources, LTD | | | | | | | | | |
| | | | | | | | | | |
| Cash and Money Mkt. Account 2 | | | | | | | | | |
| Great Hall Investment Funds Tax Free | | | | | | | | | |
| | | | | | | | | | |
| Bonds, Account 3 | | | | | | | | | |
| TEXAS A & M UNIV REVS FING SYS O/Y 4.749% B/E CPN 4.750% DUE 5/15/2007 | | | | | | | | | |
| TEXAS WTR DEV BDR RV ST REVOLVING FD-SR LIEN SER A B/E O/Y 4.375% CPN 4.300% DUE 7/15/2006 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,000-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001-$100,000<br>P1=$1,000,000-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

## VII. Page 8 · INVESTMENTS and TRUSTS – income, value, transactions
(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| ¹ **Trust #1** (continued) | | | | | | | | | |
| Bonds, Account 3 (continued) | | | | | | | | | |
| TRAVIS CNTY TX HSG FIN CORP SINGLE FAM MTG REV COMPOUND INT REGD MBIA DUE 11/15/2016 | | | | | Redemption Adj | 1/08/03 | J | | |
| | | | | | Partial Redemption | 1/08/03 | J | | |
| | | | | | Partial Redemption | 1/17/03 | J | | |
| Fort Worth Tx Wtr Swr Rev Ref & Impt O/Y 4.95% B/E DUE 2/15/2010 | | | | | | | | | |
| | | | | | | | | | |
| Cash and Money Market, Account 3 | | | | | | | | | |
| **Great Hall Investment Funds Tax Free | | | | | | | | | |
| | | | | | | | | | |
| ² **IRA #1** | D | DIV | O | T | | | | | |
| Exxon Mobil | | | | | | | | | |
| AIM Aggressive Growth Fund | | | | | | | | | |
| SB Money Funds | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,000-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,000-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MELINDA HARMON | August 3, 2004 |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions
(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 3 IRA #2 | A | DIV | K | T | | | | | |
| SB Money Funds | | | | | | | | | |
| AIM Aggressive Growth Fund | | | | | | | | | |
| 4 IRA #3 | A | DIV | L | T | | | | | |
| SB Money Funds | | | | | | | | | |
| Triumph Resources | | | | | | | | | |
| Zweig Close End Fund | | | | | | | | | |
| AIM Aggressive Growth Fund | | | | | | | | | |
| Alliance Premier Growth Fund | | | | - | | | | | |
| | | | | | | | | | |
| 5 ▆▆▆▆ | | None | N | T | | | | | |
| ▆▆▆▆▆▆▆ | | | | | | | | | |
| | | | | | | | | | |
| 6 Real Estate | C | Rent | K | Q | | | | | |
| Dallas, Tx, Parcel 1 | | | | | | | | | |
| | | | | | | | | | |
| 7 Real Estate | B | Rent | J | Q | | | | | |
| Dallas, Tx, Parcel 2 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-$1,000,000 | H1-$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,000-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,000-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

## VII. Page 10 INVESTMENTS and TRUSTS – income, value, transactions
(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 8 Mineral Royalty Interest | A | Royalty | J | W | | | | | |
| 9 Exxon Mobil | A | Div | K | T | | | | | |
| 10 AMGP | None | | K | T. | | | | | |
| 11 Northwestern Mutual Life Extra Ordinary Life Policy | B | Div | K | T | | | | | |
| 12 Northwestern Mutual Life "65 Life" policy #1 | A | Div | J | T | | | | | |
| 13 Northwestern Mutual Life "65 Life" policy #2 | A | Div | J | T | | | | | |
| 14 Northwestern Mutual Life "65 Life" policy #3 | A | Div | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,000-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,000-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S-Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

## ADDITIONAL INFORMATION OR EXPLANATIONS

VII (1)     Trust #1
Common stock, Account 1

The values and amounts listed reflect a 3/15 interest in the trust, which consists of three different accounts. Each of the three accounts also contains a money market fund component. The interest has decreased from 3/14 to 3/15 due to the birth of a new beneficiary in 2003.

*Altria Group Inc. was exchanged for Phillip Morris

**This money market component was left off inadvertently in the 2002 Report.

VII (5)     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Participant's share is invested in the Index Equity Fund, a mutual fund, and is a self-managed account investing in Dreyfus Appreciation Mutual Fund.

VII (6-7)     Undivided 1/8 interest in two pieces of property in Dallas, Texas. Date of appraisal, December 6, 1994.

VII (9)     1/4 interest in a mineral royalty inherited in August 1999, paid through decedent's ▓▓▓▓▓▓▓

VII (11, 12, 13, 14)
Through inadvertance, these four life insurance policies were omitted in all previous reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MELINDA HARMON | Date of Report<br>August 3, 2004 |
|---|---|---|

## IX.   CERTIFICATION

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app.. § 501 et. Seq., 5 U.S.C. § 7353 and Judicial Conference Regulations.

Signature  August 3, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C, App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C. 20544